Page 1
Fitzgerald & Associates, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
Phone: (201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

**Order Filed on December 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
------------------------------------X
------------------------------------X

In re:

    Lashonda McBurroughs

Debtor

------------------------------------X

Chapter 13

Case No. 20-22696-VFP

Hon: Vincent F. Papalia

ORDER MODIFYING ONEMAIN FINANCIAL'S PROOF OF CLAIM AND DETERMINING AMOUNT OF INTEREST WHICH MUST BE PAY THROUGH THE DEBTOR'S CHAPTER 13 PLAN ON SECURED PORTION OF DEBT

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 28, 2020**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Lashonda McBurroughs
Case No. 20-22696-VFP
Caption: ORDER MODIFYING ONEMAIN FINANCIAL'S PROOF OF CLAIM AND DETERMINING AMOUNT OF INTEREST WHICH MUST BE PAY THROUGH THE DEBTOR'S CHAPTER 13 PLAN ON SECURED PORTION OF DEBT

------------------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order modifying OneMain Financial's proof of claim and requesting other relief, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the lien held by OneMain Financial Group, LLC attaches only to the present Kelley Blue Book private party value of the debtor's 2011 Honda Accord, which has been found to be $6,437.00; and it if further

**ORDERED AND DECREED,** that the interest on the secured portion of the debtor's vehicle will be set at 5.5% over the life of the debtor's payment plan; and it is further

**ORDERED AND DECREED,** that upon confirmation and completion of all of the payments in accordance with the debtor's Chapter 13 repayment plan, the lien held by OneMain Financial Group, LLC in and on Debtor's 2011 Honda Accord, be and hereby will be expunged and discharged as of record; and it is further

**ORDERED AND DECREED,** that upon confirmation and completion of

**Page 3**
Debtor:  Lashonda McBurroughs
Case No. 20-22696-VFP
Caption: ORDER MODIFYING ONEMAIN FINANCIAL'S PROOF OF CLAIM AND DETERMINING AMOUNT OF INTEREST WHICH MUST BE PAY THROUGH THE DEBTOR'S CHAPTER 13 PLAN ON SECURED PORTION OF DEBT

--------------------------------------------

all of the payments in accordance with the debtor's Chapter 13 repayment plan, OneMain Financial Group, LLC or its successors in interest shall return to the debtor clear title of the debtor's 2011 Honda Accord.