FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  LASHONDA MCBURROUGHS          Atty:  FITZGERALD & ASSOCIATES PC
     15 LIBERTY STREET                     649 NEWARK AVE
     NEWTON,  NJ  07860                    JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-22696

## RECEIPTS AS OF 01/15/2021                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2021 | $416.00 | | 01/15/2021 | $416.00 | |

**Total Receipts: $832.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $832.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021         (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 62.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 721.31 | 0.00% | 0.00 | 0.00 |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,607.59 | 0.00% | 0.00 | 0.00 |
| 0005 | ONEMAIN | VEHICLE SECURED | 7,422.00 | 100.00% | 0.00 | 0.00 |
| 0006 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARREARS | 12,169.16 | 100.00% | 0.00 | 0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 1,099.50 | 0.00% | 0.00 | 0.00 |
| 0008 | SYNCB/PPC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | THE BANK OF MISSOURI/FORTIVA | UNSECURED | 1,093.14 | 0.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 344.17 | 0.00% | 0.00 | 0.00 |
| 0012 | THE SMILIST DENTIST | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,103.69 | 0.00% | 0.00 | 0.00 |
| 0017 | TBOM/ATLS/FORTIVA MC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | ONEMAIN | UNSECURED | 3,787.67 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $62.40**
See Summary

**Chapter 13 Case # 20-22696**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021. |
| Receipts: $832.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $62.40    =    Funds on Hand: $769.60 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.