**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    LASHONDA MCBURROUGHS

**Order Filed on March 5, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  20-22696**

**Hearing Date:  03/04/2021**

**Judge:  Vincent F. Papalia**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 5, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  LASHONDA MCBURROUGHS

Case No.:  20-22696TBA

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 03/04/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/4/2021 of the plan filed on 11/13/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/18/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.