UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

LaShonda McBurroughs

Case No.: 20-22696
Chapter: 13
Adv. No.:
Hearing Date: 04/15/2021
Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __LaShonda McBurroughs__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 8, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Chapter 13 Plan Transmittal; Modified Chapter 13 Plan and Notice of Modification of Chapter 13 Plan Prior to Confirmation; Fixing Times to Reject Plan; Combined with Notice Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 8, 2021

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lashonda McBurroughs<br>15 Liberty Street<br>Newton, NJ 07860 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank c/o PRA Receivables Management, LLC /Pay Pal Credit<br>PO Box 41021<br>Norfolk, VA 23541<br>    Attn: Valerie Smith | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for RoundPoint Mortgage Servicing Corporation | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Roundpoint Mortgage<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev 8/1/16*

# Creditors

**Credit One Bank Na**  
Po Box 98875  
Las Vegas, NV 89193

(519021943)  
(cr)

**First Premier Bank**  
601 S Minnesota Ave  
Sioux Falls, SD 57104

(519021944)  
(cr)

**LVNV Funding, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

(519072772)  
(cr)

**Nordstrom, Inc.**  
Jefferson Capital Systems LLC Assignee  
Po Box 7999  
Saint Cloud Mn 56302-

(519065487)  
(cr)

**Nordstrom/Td Bank Usa**  
13531 E Caley Ave  
Englewood, CO 80111

(519021945)  
(cr)

**Onemain**  
Po Box 1010  
Evansville, IN 47706

(519021946)  
(cr)

**ONEMAIN**  
P.O. BOX 3251  
EVANSVILLE, IN 47731-3251

(519025409)  
(cr)

**Premier Bankcard, Llc**  
Jefferson Capital Systems LLC Assignee  
Po Box 7999  
Saint Cloud Mn 56302-9617

(519065506)  
(cr)

**Quantum3 Group LLC as agent for**  
Genesis FS Card Services Inc

(519043440)  
(cr)

PO Box 788
Kirkland, WA 98083-0788

**Roundpoint Mortgage**
5032 Parkway Plaza Blvd
Charlotte, NC 28217

(519021947)
(cr)

**RoundPoint Mortgage Servicing Corporation**
446 Wrenplace Road
Fort Mill, SC 29715

(519074083)
(cr)

**Syncb/Pc Richard**
Po Box 965036
Orlando, FL 32896

(519021948)
(cr)

**Syncb/Ppc**
Po Box 530975
Orlando, FL 32896

(519021949)
(cr)

**Synchrony Bank**
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

(519022689)
(ntcapr)

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-0000

(519074666)
(cr)

**Tbom/Atls/Fortiva Mc**
5 Concourse Pkwy
Atlanta, GA 30328

(519021950)
(cr)

**Tbom/Milestone**
Po Box 4499
Beaverton, OR 97076

(519021951)
(cr)

**The Bank of Missouri**
PO Box 105555
Atlanta, GA 30348

(519049896)
(cr)

**The Smilist Dentist**
470 Clifton Avenue
Clifton, NJ 07011

(519021952)
(cr)