UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

    Lashonda McBurroughs

Case No.: _____ 20-22696 _____

Chapter: _____ 13 _____

Hearing Date: _____

Judge: _____ PAPALIA _____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Modified Chapter 13 Plan Before Confirmtion - - Docket No. 22 and Docket No. 29

Date:  April 06, 2021 _____

Signature

*rev.8/1/15*