| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>James J. Fitzpatrick, Esq.,/JF7028<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersy City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com<br><br>In Re:<br>Lashonda McBurroughs | Case No.: 20-22696<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 05/06/2021<br>Judge: PAPALIA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Lashonda McBurroughs__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 8, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Chapter 13 Plan Transmittaal; Modified Chapter 13 Plan and Notice of Filing of Chapter 13 Plan Prior to Confirmation; Fixing Times to Reject Plan, Combined with Notice Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 8, 2021

Signature: _[signed]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Sutie 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lashonda McBurroughs<br>15 Liberty Street<br>Newton, NJ 07860 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| One Main Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Roundpoint Mortgage<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Grouop, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for Roundpoint Mortgage | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrongy Bnak/PRA Receivables Management, LLC / Pay Pal Credit<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev. 8/1/16

# Creditors

**Credit One Bank Na**  
Po Box 98875  
Las Vegas, NV 89193  
(519021943)  
(cr)

**First Premier Bank**  
601 S Minnesota Ave  
Sioux Falls, SD 57104  
(519021944)  
(cr)

**LVNV Funding, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587  
(519072772)  
(cr)

**Nordstrom, Inc.**  
Jefferson Capital Systems LLC Assignee  
Po Box 7999  
Saint Cloud Mn 56302-  
(519065487)  
(cr)

**Nordstrom/Td Bank Usa**  
13531 E Caley Ave  
Englewood, CO 80111  
(519021945)  
(cr)

**Onemain**  
Po Box 1010  
Evansville, IN 47706  
(519021946)  
(cr)

**ONEMAIN**  
P.O. BOX 3251  
EVANSVILLE, IN 47731-3251  
(519025409)  
(cr)

**Premier Bankcard, Llc**  
Jefferson Capital Systems LLC Assignee  
Po Box 7999  
Saint Cloud Mn 56302-9617  
(519065506)  
(cr)

**Quantum3 Group LLC as agent for**  
Genesis FS Card Services Inc  
(519043440)  
(cr)

PO Box 788
Kirkland, WA 98083-0788

**Roundpoint Mortgage**  (519021947)
5032 Parkway Plaza Blvd  (cr)
Charlotte, NC 28217

**RoundPoint Mortgage Servicing Corporation**  (519074083)
446 Wrenplace Road  (cr)
Fort Mill, SC 29715

**Syncb/Pc Richard**  (519021948)
Po Box 965036  (cr)
Orlando, FL 32896

**Syncb/Ppc**  (519021949)
Po Box 530975  (cr)
Orlando, FL 32896

**Synchrony Bank**  (519022689)
c/o of PRA Receivables Management, LLC  (ntcapr)
PO Box 41021
Norfolk, VA 23541

**Synchrony Bank**  (519074666)
c/o PRA Receivables Management, LLC  (cr)
PO Box 41021
Norfolk, VA 23541-0000

**Tbom/Atls/Fortiva Mc**  (519021950)
5 Concourse Pkwy  (cr)
Atlanta, GA 30328

**Tbom/Milestone**  (519021951)
Po Box 4499  (cr)
Beaverton, OR 97076

**The Bank of Missouri**  (519049896)
PO Box 105555  (cr)
Atlanta, GA 30348

**The Smilist Dentist**  (519021952)
470 Clifton Avenue  (cr)
Clifton, NJ 07011