B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                           Case No. 2022696
LASHONDA MCBURROUGHS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC<br>------------------------------------------<br>Name of Transferee | THE BANK OF MISSOURI<br>------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee<br>should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 3<br>Amount of Claim: $1,093.14<br>Date Claim Filed: 12/17/2020 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3058 | Phone:<br>Last Four Digits of Acct #: 3058 |
| Name and Address where transferee payments<br>Should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><br>Phone: (877)829-8298<br>Last Four Digits of Acct # : 3058 | Seller Information<br>THE BANK OF MISSOURI<br>916 NORTH KINGSHIGHWAY<br>PERRYVILLE MO 63775 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mikayla Pearson                                          Date: 6/18/2021
-------------------------------------------
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT II**

**BILL OF SALE**

For value received and in further consideration of the mutual covenants and conditions set forth in the Chapter 13 Account Purchase Agreement (the "Agreement") dated March 31, 2021 by and between The Bank of Missouri ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Lot Number:  20-1151

Aggregate Unpaid Balance: ▇▇▇▇▇▇▇

Number of Accounts: ▇▇

DATED: April 7, 2021

SELLER: The Bank of Missouri

By: _Martha J Rollet_
Martha Rollet (Apr 2, 2021 09:51 CDT)

Name (print): Martha Rollet

Title: Chief Operations Officer