```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
  By:  Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Counsel for Debtor
```

Order Filed on October 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lashonda McBurroughs

Case No.: 20-22696-VFP

Chapter: 13

Judge: V. F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Assocites, P.C._____, the applicant, is allowed a fee of $_____736.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____736.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____568.00_____ per month for _____36_____ months to allow for payment of the above fee.

*rev.8/1/15*