Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 20−22696−VFP
           Chapter: 13
           Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lashonda McBurroughs
   15 Liberty Street
   Newton, NJ 07860

Social Security No.:
   xxx−xx−7548

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/24 at 10:00 AM

to consider and act upon the following:

**70** − Creditor's Certification of Default (related document:62 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 08/12/2024. (Attachments: # 1 Exhibit # 2 Exhibit) (Fissel, Matthew)

**71** − Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:62 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 08/12/2024. (Attachments: # 1 Exhibit # 2 Exhibit) filed by Creditor Freedom Mortgage Corporation) filed by Nicholas Fitzgerald on behalf of Lashonda McBurroughs. (Fitzgerald, Nicholas)

Dated: 8/5/24

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court