Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-------------------------------X

In re:

    Lashonda McBurroughs,

Debtor

-------------------------------X

**Chapter 13**

Case No. 20-22696-VFP

Return Date: 9/5/24
Time:  10:00 a.m.

<u>**ATTORNEY'S CERTIFICATION IN OPPOSITION TO STAY RELIEF MOTION**</u>

    I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

    1.  I make this certification in opposition to the mortgagee's stay relief motion.

    2. I acknowledge, of course, that a debtor must keep current with her post-petition mortgage payments or stay relief can be granted.

    3.  My issue in this case is that the mortgagee's breakdown of the arrears is incomprehensible to people like me who have an average IQ.  See exhibit A for a copy of the mortgagee's breakdown.

    4.  LBR 4001-1 requires a specific format in regards to a certification regarding a debtor's post-petition payment history. Furthermore, the Bankruptcy Court's web site has form which can

be used to comply with LBR 4001-1.  See exhibit B for a copy of this form.

5.  I think that the reason for LBR 4001-1 is to avoid the problem which I am having in regards to this case which is that I find the mortgagee's breakdown incomprehensible and if the mortgagee would follow LBR 4001-1 that would clear everything up.

6.  I have asked opposing counsel to please comply with LBR 4001-1 and to have the required for filled out but to date they have failed to do so.

7.  If the mortgagee does not comply with LBR 4001-1 it is respectfully requested that the stay relief motion be dismissed without prejudice.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 28, 2024

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit A -- Copy of Mortgagee's Breakdown**

| Debtor Name: | McBurroughs | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 20-22696 | | | | |
| Filing Date: | 11/13/20 | | | Completed by: | |
| Post First Due: | 12/01/20 | | | Completed Date: | 7/19/2024 |

| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | | |
|---|---|---|---|---|---|---|---|
| 12/01/20 | 12/15/2020 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | POC | $2,107.07 |
| 01/01/21 | 1/14/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 02/01/21 | 2/11/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 03/01/21 | 3/15/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 04/01/21 | 4/15/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 05/01/21 | 5/14/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 06/01/21 | 6/15/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 07/01/21 | 7/15/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 08/01/21 | 8/13/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 09/01/21 | 9/20/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 10/01/21 | 10/15/2021 | $ 2,107.07 | $ 2,107.07 | $ - | $ - | | |
| 11/01/21 | 12/1/2021 | $ 2,108.00 | $ 2,107.07 | $ 0.93 | $ 0.93 | | |
| 12/01/21 | 1/4/2022 | $ 2,123.67 | $ 2,123.67 | $ - | $ 0.93 | 12/1/2021 | $2,123.67 |
| 01/01/22 | 1/28/2022 | $ 2,123.67 | $ 2,123.67 | $ - | $ 0.93 | | |
| 02/01/22 | 2/25/2022 | $ 2,123.67 | $ 2,123.67 | $ - | $ 0.93 | | |
| 03/01/22 | 4/8/2022 | $ 2,123.67 | $ 2,123.67 | $ - | $ 0.93 | | |
| 04/01/22 | 5/25/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 1.26 | | |
| 05/01/22 | 7/15/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 1.59 | | |
| 06/01/22 | 8/9/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 1.92 | | |
| 07/01/22 | 8/18/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 2.25 | | |
| 08/01/22 | 9/26/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 2.58 | | |
| 09/01/22 | 11/18/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 2.91 | | |
| 10/01/22 | 12/6/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 3.24 | | |
| | | | | $ - | $ 3.24 | | |
| AO Entered 12/20/22 | | | | $ - | | Stip payments | |
| 01/01/23 | 12/21/2022 | $ 2,124.00 | $ 2,123.67 | $ 0.33 | $ 0.33 | 1/1/2023 | $ 707.35 |
| 01/01/23 Stip | 1/10/2023 | $ 2,124.00 | $ 707.35 | 1,416.65 | $ 1,416.98 | 2/1/2023 | $ 707.35 |
| 02/01/23 | 1/24/2023 | $ 2,124.00 | $ 2,194.84 | (70.84) | $ 1,346.14 | 3/1/2023 | $ 707.35 |
| 02/01/23 stip | | | $ 707.35 | (707.35) | $ 638.79 | 4/1/2023 | $ 707.35 |
| 03/01/23 | 2/24/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 638.95 | 5/1/2023 | $ 707.35 |
| 03/01/23 stip | 4/4/2023 | $ 2,195.00 | $ 707.35 | 1,487.65 | $ 2,126.60 | 6/1/2023 | $ 707.35 |
| 04/01/23 | 5/22/2023 | $ 2,190.00 | $ 2,194.84 | (4.84) | $ 2,121.76 | | |
| 04/01/23 stip | | | $ 707.35 | (707.35) | $ 1,414.41 | 2/1/2023 | $ 2,194.84 |
| 05/01/23 | 6/2/2023 | $ 2,200.00 | $ 2,194.84 | 5.16 | $ 1,419.57 | | |
| 05/01/23 stip | | | $ 707.35 | (707.35) | $ 712.22 | | |
| 06/01/23 | 7/26/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 712.38 | | |
| 06/01/23 stip | | | $ 707.35 | (707.35) | $ 5.03 | | |
| 07/01/23 | 8/23/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 5.19 | | |
| 08/01/23 | 9/25/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 5.35 | | |
| 09/01/23 | 10/17/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 5.51 | | |
| 10/01/23 | 11/2/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 5.67 | | |
| 11/01/23 | 11/30/2023 | $ 2,195.00 | $ 2,194.84 | 0.16 | $ 5.83 | | |
| 12/01/23 | 12/21/2023 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 7.43 | | |
| 01/01/24 | 1/29/2024 | $ 2,194.00 | $ 2,193.40 | 0.60 | $ 8.03 | | |
| | 2/28/2024 | $ 2,195.00 | | 2,195.00 | $ 2,203.03 | | |
| | 3/8/2024 | $ (2,195.00) | | (2,195.00) | $ 8.03 | | |
| 02/01/24 | 3/22/2024 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 9.63 | | |
| 03/01/24 | 4/10/2024 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 11.23 | | |
| 4/1/2024 | 5/22/2024 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 12.83 | | |
| | 6/19/2024 | $ 2,295.00 | | 2,295.00 | $ 2,307.83 | | |
| NSF | 6/28/2024 | $ (2,295.00) | | (2,295.00) | $ 12.83 | | |
| 5/1/2024 | 7/18/2024 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 14.43 | | |
| 06/01/24 | 08/19/24 | $ 2,195.00 | $ 2,193.40 | 1.60 | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |
| | | | | $ - | $ 16.03 | | |

**Exhibit B -- Copy of Form Required to Comply with LBR 4001-1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

### CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED _____ )

_____, employed as _____ by

_____, hereby certifies the following:

Recorded on _____, in _____ County, in Book _____ at Page _____

Property Address: _____

Mortgage Holder: _____

Mortgagor(s)/ Debtor(s): _____

POST-PETITION PAYMENTS (Petition filed on _____)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| TOTAL: $    0.00 | | | $     0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: _____ mos.  x  $ _____

(Monthly payment + late charge) = $ _0.00_____ as of _____.

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal | $ _____ |
| Interest | $ _____ |
| R.E. Taxes: | $ _____ |
| Insurance: | $ _____ |
| Late Charge: | $ _____ |
| Other: | $ _____   (Specify:_____ ) |
| TOTAL | $ _____0.00 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): _____

_____

Pre-petition arrears: _____ to _____ ( _____mos. x $ _____ /mo. = $ ___0.00___ )

I certify under penalty of perjury that the above is true.

Date: _____                    _____

                                               Signature

*rev.8/1/15*