Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-----------------------------------X

In re:

    Lashonda McBurroughs

-----------------------------------X

Chapter 13

Case No. 20-22696-VFP

Hearing Date: 10/3/24
Time: 10:00 a.m.

## DEBTOR'S CERTIFICATION REGARDING MORTGAGE PAYMENTS

I, Lashonda McBurroughs, being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this certification at the request of my counsel regarding my recent mortgage payment history.

2. I paid my mortgagee, Freedom Mortgage, $2,195 by check dated 8/30/2024. I have verified with my bank, PNC Bank, that my mortgagee cashed that check.

3. I sent another check in the amount of $2,195 to Freedom Mortgage on September 18, 2024. As of September 26, 2024 that check had not cleared my bank.

4. I brought a third check to my lawyer's office and he or his staff mailed that check to Freedom Mortgage on my behalf.

A photocopy of that check is annexed hereto as an exhibit.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 9/27/2024

_____
Lashonda McBurroughs
Debtor

**Exhibit A -- Copy of Check NO. 112 -- Proof That it Was Cashed**



**Exhibit B -- Copy of Check Mailed to Mortgagee by Counsel**

LASHONDA M McBURROUGHS  Acct # 212    114
15 LIBERTY ST
NEWTON, NJ 07860-1724

Date: 10/3/2024

Pay to the Order of: Freedom Mortgage    $2,195.00

Two Thousand One hundred ninety-five — Dollars

PNC BANK
PNC Bank, N.A.  060

For: September 2024 Payment

⑃607⑃ ⑃462⑃ 0114