```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

22-11512 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation
```

In Re:

LASHONDA MCBURROUGHS

Case No: 20-22696-VFP

Hearing Date: November 7, 2024

Judge: VINCENT F PAPALIA

Chapter: 13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ☒ Withdrawn

Matter: 7/29/2024 - Creditor's Certification of Default [70]

Date: <u>October 22, 2024</u>

/s/Matthew Fissel
Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-11512 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

LASHONDA MCBURROUGHS

Case No: 20-22696-VFP

Hearing Date: November 7, 2024

Judge: VINCENT F PAPALIA

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Freedom Mortgage Corporation in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Status Change Form

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 22, 2024                    /s/ *Elizabeth Oliver*
                                                Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LASHONDA MCBURROUGHS<br>15 LIBERTY ST | Debtor | ☐ Hand-delivered |

| | | |
|---|---|---|
| NEWTON, NJ 07860 | | ☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Shirley Davis<br>15 Liberty Street<br>Newton, NJ 07860 | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| NICHOLAS FITZGERALD<br>649 NEWARK AVENUE<br>JERSEY CITY, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail |

*rev.8/1/15*

| Newark, NJ 07102 | | ☐ Certified mail/RR |
| --- | --- | --- |
| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐ Other_____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*