UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
  By: Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306
Email:  nickfitz.law@gmail.com
Phone:  (201) 533-1100
Counsel for debtor

Order Filed on October 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lashonda McBurroughs,

  Debtor

| | |
|---|---|
| Case No.: | 20-22696-VFP |
| Chapter: | 13 |
| Judge: | V. F. Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 31, 2024**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Accociates, P.C._____, the applicant, is allowed a fee of $ _____887.50_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____887.50_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____676.00_____ per month for _____11_____ months to allow for payment of the above fee.

*rev.8/1/15*