UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lashonda McBurroughs

Case No.: 20-22696
Chapter: 13
Judge: PAPALIA

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Lashonda McBurroughs, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11/21/2025

Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev. 8/1/18